|   |   |
|---|---|
| 1 | **PINNOCK & WAKEFIELD, A.P.C.** |
|   | Michelle L. Wakefield, Esq.   Bar #: 200424 |
| 2 | David C. Wakefield, Esq.      Bar #: 185736 |
|   | 3033 Fifth Avenue, Suite 410 |
| 3 | San Diego, CA  92103 |
|   | Telephone: (619) 858-3671 |
| 4 | Facsimile: (619) 858-3646 |
| 5 | Attorneys for Plaintiffs |

FILED
2007 JAN -5  AM 8:44
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 2150 SIGOURNEY JOSSIAH - FRANCIS LEE ASSOCIATION, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERS; and THEODORE A. PINNOCK, An Individual<br><br>            Plaintiffs,<br>     v.<br><br>HABIB IBRAHIM d.b.a. GRAND LIQUOR; WESAM IBRAHIM d.b.a. GRAND LIQUOR; COIFFURE DESIGNS; SPEEDSKUNK, INC.; SIRIYUTH SAADIAM a.k.a. SAADIAM SIRIYUTH d.b.a. LINDA'S DONUTS; GRAND WIRELESS, INC.; EVANGELOS A. MYLONAS AND IRENE H. MYLONAS REVOCABLE TRUST; WILLIAM G. DEMOS AND MARION A. DEMOS REVOCABLE TRUST; And DOES 1 THROUGH 10, Inclusive<br><br>            Defendants. | Case No.: 06cv1716 WQH (CAB)<br><br>[PROPOSED] ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL OF ALL DEFENDANTS WITH PREJUDICE FROM PLAINTIFFS' COMPLAINT AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY.<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

   **IT IS HEREBY ORDERED** pursuant to the Motion for Voluntary Dismissal Brought by Plaintiffs 2150 SIGOURNEY JOSSIAH - FRANCIS

                                1      Case Number: 06cv1716 WQH (CAB)

Document Date: December 21, 2006

1  LEE ASSOCIATION, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS
2  MEMBERS; and THEODORE A. PINNOCK, An Individual, Plaintiffs, that
3  ALL Defendants are dismissed with prejudice from Plaintiffs'
4  Complaint, Case Number: 06cv1716 WQH (CAB). Additionally,
5  Plaintiffs' Civil Complaint is dismissed with prejudice in its
6  entirety.

8  **IT IS SO ORDERED.**

10 Dated: 1/4/07

HONORABLE WILLIAM Q. HAYES
UNITED STATES DISTRICT COURT JUDGE

2   Case Number: 06cv1716 WQH (CAB)

Document Date: December 21, 2006